

**FILED & ENTERED**

MAY 01 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No: 6:08-bk-26258-TD |
| Salton Land Development, LLC, | Chapter: 11 |
| | MEMORANDUM OF DECISION AND ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITH BAR |
| Debtor(s). | Date: June 4, 2009<br>Time: 2:30 p.m.<br>Location: Courtroom 303 |

    The Debtor filed chapter 11 on November 19, 2008. This is essentially a single asset real estate case involving several thousand acres of raw, undeveloped desert property. The Debtor filed its proposed Disclosure Statement on February 17, 2009. A hearing thereon was scheduled for May 7, 2009 at 2:30 p.m.

    Secured creditors D & A Intermediate-Term Mortgage Fund III, LP, Integrity Capital, Inc., and Auen Foundation each filed written opposition to the Debtor's Disclosure Statement. All objections contained in each such written opposition are sustained. It would appear from Debtor's papers that any possible Debtor action proposed is both speculative and illusory.

    The Debtor's proposed Disclosure Statement is practically meaningless. It represents an empty promise, reflecting no source of funding, no constructive business activity, and no

- 1 -

promise of reorganization or other valid chapter 11 purpose of any substance. Instead, it simply seeks approval of an open-ended period for Debtor to address more than $17 million in acknowledged secured debt, all in default, all awaiting foreclosure.

No appearance is necessary at the May 7, 2:30 p.m. hearing.

Debtor's Disclosure Statement contains no evidence of any kind to describe Debtor's financial history. There is no meaningful or useful discussion of any substantive business activity, past, present, or projected.

It would appear from Debtor's proposed Disclosure Statement and other filings herein that this case should be dismissed with a substantial bar against refiling.

The court will dismiss this case unless cause is shown in writing sufficient to demonstrate persuasively the benefit to the estate and its creditors of any other proposed course of action. Any such response must be filed and served on all interested parties not later than May 21, 2009. Written opposition to any such response may be served and filed not later than May 28, 2009.

The Disclosure Statement and status conference hearings are continued to June 4, 2009 at 2:30 p.m.

DATED: May 1, 2009

_____
United States Bankruptcy Judge

- 2 -

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) MEMORANDUM OF DECISION AND ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITH BAR was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 5/1/09, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Robert L Fisher on behalf of Creditor Auen Foundation
rfisher@bkolaw.com

Pamela Labruyere on behalf of Creditor Integrity Capital, Inc.
pamela@sgsslaw.com

Elizabeth A Lossing on behalf of U.S. Trustee United States Trustee (RS)
elizabeth.lossing@usdoj.gov

Daniel J McCarthy on behalf of Debtor Salton Land Development, LLC
dmccarthy@hillfarrer.com

Thomas E McCurnin on behalf of Creditor Auen Foundation
tmccurnin@bkolaw.com

Richard J Pekin on behalf of Creditor D&A Intermediate Term Mortgage Fund III, L.P.
rpekin@foxjohns.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor
Salton Land Development, LLC
73-755 County Club Drive
Palm Desert, CA 92260

Creditor
Davide Holdings, LLC
249 Las Entradas
Santa Barbara, CA  93108

Creditor
Tom Ward
All One Valley Inc.
73-070 Ramon Rd.
Thousand Palms, CA  92276

Creditor
Dave Baron
800 East Tahquitz Canyon Way
Palm Springs, CA  92262

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page